# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| J. DOE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KILOLO KIJAKAZI and | : | |
| UNITED STATES OF AMER | : | NO. 23-4764 |

## ORDER

**NOW**, this 15th day of December, 2023, upon consideration of the Complaint and the Motion to Proceed in Anonymity, it is **ORDERED** as follows:

1. The plaintiff shall file a complaint in their name under seal;

2. The original Complaint naming the plaintiff as J. Doe will be the operative complaint;

3. Plaintiff shall serve both the original complaint and the complaint filed under seal, together with the summons and a copy of this Order on the defendant; and

4. A ruling on the motion to proceed in anonymity will be deferred pending a response by the defendant.

_/s/ Timothy J. Savage_
TIMOTHY J. SAVAGE, J.