IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| J. DOE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KILOLO KIJAKAZI and | : | |
| UNITED STATES OF AMERICA | : | NO.   23-4764 |

## ORDER

**NOW**, this 28th day of February, 2024, upon consideration of the Memorandum of Law of Plaintiff in Support of Venue and Request For Limited Discovery (Doc. No. 11), the Defendants' Memorandum of Law in Support of Transfer (Doc. No. 12), and the defendant's reply, it is **ORDERED** that this action is **TRANSFERRED** to the United States District Court for the District of Maryland.

_____
TIMOTHY J. SAVAGE, J.